1 | ERIC TROUTMAN - SBN 229263
Eric.troutman@wbd-us.com
2 | NICOLE Y. SU - SBN 298973
Nicole.su@wbd-us.com
3 | WOMBLE BOND DICKINSON (US) LLP
3200 Park Center Drive, Suite 700
4 | Costa Mesa, CA 92626
Telephone: (714) 557-3800
5 | Facsimile: (714) 371-2656

7 | Attorneys for Defendant
WELLS FARGO BANK, N.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| WAYNE H. NORMAN, | Case No. 3:18-cv-00963-RS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| WELLS FARGO BANK, N.A. d/b/a WELLS FARGO DEALER SERVICES, | |
| Defendant. | |

Defendant, WELLS FARGO BANK, N.A., by and through its undersigned counsel, hereby notifies the Court that the parties, Plaintiff, WAYNE H. NORMAN and Defendant, WELLS FARGO BANK, N.A, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.

///

///

///

///

///

1
NOTICE OF SETTLEMENT
CASE NO. 3:18-CV-00963

WBD (US) 42737596V1

1 Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: May 10, 2018

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Nicole Y. Su
Nicole Y. Su (CA Bar No. 298973)
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (657) 266-1046

## CERTIFICATE OF SERVICE

**Wayne Norman v. Wells Fargo Bank, N.A.**
**C.A. No. 3:18-cv-00963-RS**

I hereby certify that on this 10th day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: N/A

I hereby certify that I have mailed by United States Postal Service and sent by electronic mail the following document to the following non-CM/ECF participants:

Wayne Norman
501 Madison Street, Apt. 2
Oak Park, IL 60302
whnorman@hotmail.com

*/s/ Nicole Y. Su*
Nicole Y. Su

CERTIFICATE OF SERVICE

WBD (US) 42737596V1