UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYNE H. NORMAN,

        Plaintiff,

     v.

WELLS FARGO BANK, NA,

        Defendant.

Case No. 18-cv-00963-RS

**STANDBY ORDER OF DISMISSAL**

       The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **June 21, 2018.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 28, 2018, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

       **IT IS SO ORDERED.**

Dated: May 11, 2018

_____

Richard Seeborg
United States District Judge