# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE NORMAN, | Case NO. 3:18-cv-00963-RS |
| Plaintiff, | [PROPOSED] ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| WELLS FARGO BANK, N.A. | |
| Defendant. | |

The Court, having read and considered the Parties' Stipulation for Dismissal with Prejudice, and for good cause shown, the Court ORDERS as follows:

1.    The action is dismissed with prejudice as to Defendant Wells Fargo Bank, N.A. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

2.   Each party to bear their own costs, expenses and attorneys' fees.


IT IS SO ORDERED.


DATED:  June  13_____, 2018

By _____
RICHARD SEEBORG
United States  District Judge